IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES DOSSETT, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FIRST ADVANTAGE BACKGROUND SERVICES CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. _____ ) ) ) ) ) |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Notice of Removal of Case No. 2019CV328090 pending in the Superior Court of Fulton County, State of Georgia. In support of this Notice of Removal, First Advantage states the following:

### Background

1. On October 15, 2019, Plaintiff James Dossett commenced this action by filing a Class Action Complaint in the Superior Court of Fulton County, State of Georgia, captioned *James Dossett v. First Advantage Background Services Corp.*, Case No. 2019CV328090.

2

2. First Advantage was served with Summons and a copy of the Class Action Complaint on November 5, 2019. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Summons and Plaintiff's Class Action Complaint, which constitute "all summons, pleadings, and orders" served upon First Advantage in the state court action, are attached hereto as Exhibit A.

3. In his Class Action Complaint, Plaintiff alleges that First Advantage violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("FCRA") by furnishing background reports on Plaintiff and other consumers that included adverse non-conviction information that antedated the reports by more than seven years.

### This Case Is Removable Based on Federal Question Jurisdiction

4. Pursuant to 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Plaintiff's claims arise under the FCRA and thus arise under the laws of the United States within the meaning of 28 U.S.C. § 1331. (Compl., Exhibit A.) Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

## Timeliness and Venue

6. This Notice of Removal has been filed within thirty (30) days of service of the Summons and Class Action Complaint upon First Advantage and is therefore timely pursuant to 28 U.S.C. § 1446(b) and Rule 6 of the Federal Rules of Civil Procedure.

7. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Pursuant to 28 U.S.C. § 90(a)(2), this Court embraces the Superior Court of Fulton County, State of Georgia. Accordingly, this Court is the appropriate venue for removal of this action. 28 U.S.C. § 1441(a).

## Notice to Plaintiff and Clerk of State Court

8. Prompt written notice of this Notice of Removal is being sent to Plaintiff through his counsel, and to the Clerk of Court for the Superior Court of Fulton County, State of Georgia, as required by 28 U.S.C. § 1446(d). A copy of the notice is attached as Exhibit B.

9. Based on the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331; therefore, the Court may exercise jurisdiction over this lawsuit. 28 U.S.C. § 1441(a).

10. The undersigned has read this Notice of Removal, and, to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certifies that First Advantage's factual allegations have evidentiary support, and its legal contentions are warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose, such as to harass, to cause unnecessary delay, or to needlessly increase the cost of litigation.

WHEREFORE, First Advantage prays that this civil action be removed from the Superior Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia.

Respectfully submitted,

FIRST ADVANTAGE
BACKGROUND SERVICES CORP.

By: */s/ Esther Slater McDonald*
    Frederick T. Smith
    Georgia Bar No. 657575
    fsmith@seyfarth.com
    Esther Slater McDonald
    Georgia Bar No. 649005
    emcdonald@seyfarth.com
    Connor M. Bateman
    Georgia Bar No. 226850
    cbateman@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E.
    Suite 2500
    Atlanta, Georgia 30309-3958
    Telephone: (404) 885-1500
    Facsimile:  (404) 892-7056

*Counsel for Defendant First Advantage Background Services Corp.*

Date:  December 5, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES DOSSETT, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP..<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on December 5, 2019, I electronically filed the foregoing

DEFENDANT'S NOTICE OF REMOVAL with the Clerk of Court using the

CM/ECF system and served a copy of the same upon all parties to this action via

U.S. mail as follows:

Blake Andrews
BLAKE ANDREWS LAW FIRM, LLC
1831 Timothy Drive
Atlanta, Georgia 30329

Michelle Drake
John G. Albanese
BERGER MONTAGUE PC
43 S.E. Main Street, Suite 505
Minneapolis, Minnesota 55414

*s/ Esther Slater McDonald*
Esther Slater McDonald